**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**
_____

**INFORMATION REGARDING ASSIGNMENT OF
CASE TO MAGISTRATE JUDGE AND               14-CV-282 - C
FORM  FOR CONSENT OR NON-CONSENT**
_____

      This is to advise you that you may consent to proceed to disposition of this case before a Magistrate Judge pursuant to 28 U.S.C. § 636(c).  This means that if all the parties consent, a Magistrate Judge will handle all aspects of the case, including the trial, probably much sooner than the district judge assigned to the case.  You may, however, without penalty, withhold your consent, and the case will be tried by the district court judge.

      If all parties consent to proceed before a Magistrate Judge, any appeal taken from the judgment in this case shall be made to the Court of Appeals for the Second Circuit.

      The decision to consent or not to consent to proceed to disposition before  a Magistrate Judge is entirely voluntary, but you **must** advise the Clerk of the U.S. District Court whether or not you would be willing to consent to disposition of the case by a magistrate judge **within 30 days of your receipt of this notice**.

      Your response MUST be made to the Court on the attached form.

                                                 UNITED STATES DISTRICT COURT

                                                 _____

                                                 Michael J. Roemer
                                                 Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Pena,

                Plaintiff,                              14-CV-282 - C

      v.                                          CONSENT

Tryon,

                Defendant.
_____

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned hereby voluntarily **consents/refuses to consent** to the assignment of this case to a magistrate judge to conduct all proceedings in this case, including trial and the entry of final judgment. Any appeal from the judgment in this case shall be taken to the United States District Court of Appeals for the Second Circuit.

\_\_\_ **I CONSENT**                                                      \_\_\_ **I DO NOT CONSENT**

_____
(Print Name)

_____
(Signature)

_____
(Date)

## INSTRUCTIONS FOR COMPLETING THIS CONSENT FORM

**If you are acting *pro se*, please complete this form and return it to the Clerk's office within 30 days of receipt.**

**If you are represented by counsel, forward the form to your attorney who should complete and return it to the Clerk's office within 30 days of receipt.**